## BREWSTER v. TOWN OF NORWICH.

The property of goods is vested in the defendant by the plaintiff's recovering pay of him for them — and an action of book-debt will lie for them.

ACTION of debt on book.    Plea owe nothing.    Issue to the jury.

The jury found that the plaintiff had in his hands four barrels of beef, the property of the defendants, for which he gave his receipt; that in A. D. 1784, he delivered said beef to the defendants' order, but did not take up his receipt; that the defendants brought a special action of the case upon said receipt, and recovered for said beef, and refer the question of law upon the facts aforesaid, to the court, whether the

defendants are indebted to the plaintiff for said beef, and whether it may be recovered in this action.

The court is of opinion — That the law is so upon the facts aforesaid, that said beef is chargeable on book, and recoverable in this action; the defendants having recovered on the receipt pay for said beef, the property thereby was vested in the plaintiff; and they having received it by delivery of the plaintiff, are justly indebted for it.

---

**MIDDLESEX COUNTY, JANUARY TERM, A. D. 1790.**

Hon. ELIPHALET DYER, Esq., *Chief Judge.*

[Appointed upon Judge Law's appointment to the office of District Judge.]

*Judges.*

Hon. ANDREW ADAMS, Esq., Hon. CHARLES CHAUNCY, Esq., Hon. JESSE ROOT, Esq.,      Hon. ERASTUS WOLCOTT, Esq.